FILED

AUG 2 5 2015

Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLI ANNE RAINING BIRD MORSETTE,<br><br>Defendant. | Case No. CR-15-40-GF-BMM-02<br><br>ORDER APPOINTING COUNSEL:<br>CJA PANEL COUNSEL |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that the Attorney below, a member of the CJA Panel of this District, is appointed to represent the Defendant at every stage of the proceedings from the date of this Order through disposition, including ancillary matters appropriate to the proceedings.

    Name:     E. June Lord
                      Attorney at Law
    Address:  600 Central Plaza, Suite 426
                      Great Falls, MT 59401
    Telephone: (406) 727-8534

IT IS FURTHER ORDERED that the Defendant shall pay the sum of _____ 0 DOLLARS ($ 0 ) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $ 0 shall be made on or before _____, and each subsequent payment shall be made on or before the _____ day of each month, during the pendency of this case. If, during the pendency of this matter, the Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DATED this 25 day of August, 2015.

JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE