Prob 19
(Rev 2-15)

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA

**FILED**
OCT 1 4 2015
Clerk, U.S District Court
District Of Montana
Great Falls

U.S.A. vs Billi Ann Raining Bird Morsette          **Docket Number:** 0977 4:15CR00040-002

TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Billi Ann Raining Bird Morsette |||SEX<br>Female | RACE<br>American Indian or Alaska Native | AGE<br>39 |
| ADDRESS(STREET,CITY,STATE)<br>4196 Laredo Road PO Box 196  Box Elder, Montana 59521 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>District of Montana, Great Falls Division |||||
| CLERK<br>Tyler P. Gilman | (BY) DEPUTY CLERK || DATE ||

John Johnston
United States Magistrate Judge

10/7/2015
Date

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>10-7-15 || DATE EXECUTED<br>10-14-15 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS - GF, MT ||||
| NAME<br>ROGER BARSOTTI | (BY)<br>*Roger Barsotti* || DATE<br>10-14-15 |

U S MARSHALS SERVICE
GREAT FALLS, MONTANA
2015 OCT -7 P 1:20
RECEIVED

---
[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the DISTRICT OF MONTANA;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."