PAUL GALLARDO
Attorney at Law
Flaherty Law Office
1026 1ST Ave. S.,
P.O. Box 1968
Great Falls, Montana 59403
Telephone: (406) 727-8494
Facsimile: (406) 727-8537
paul@flahertylawyers.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**GREAT FALLS DIVISION**

| UNITED STATES OF AMERICA, Plaintiff, vs. NEIL PAUL ROSETTE and BILLI ANNE RAINING BIRD MORSETTE Defendants. | **Case No. CR-15-40-GF-BMM** **DEFENDANT ROSETTE'S UNOPPOSED MOTION TO SET CHANGE OF PLEA HEARING** |
|---|---|

COMES NOW, Defendant Neil Paul Rosette, through his counsel of record, and respectfully moves this Honorable Court for an Order setting a change of plea hearing, as the parties have reached a Plea Agreement.

The Government does not object to this Motion.

The original Plea Agreement will be filed conventionally due to the fact that it contains original signatures.

1

The Defendant consents to the Change of Plea Hearing being conducted before a United States Magistrate Judge.

RESPECTFULLY SUBMITTED this 9th day of November, 2015.

/s/ Paul Gallardo
Paul Gallardo
Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 9, 2015 a copy of the foregoing document was served on the following persons by the following means:

  1,2, 3    CM-ECF
_____ Hand Delivery
_____ Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1.  CLERK, UNITED STATES DISTRICT COURT

2.  CARL ROSTAD & RYAN WELDON
    Assistant United States Attorney
    United States Attorney's Office
    119 1st Ave. N., Suite 300
    Great Falls, MT 59403-9973
        Counsel for the United States of America

3.  JUNE LORD
        Attorney for Defendant Morsette

/s/ Paul Gallardo