# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NEIL PAUL ROSETTE and BILLI ANNE RAINING BIRD MORSETTE <br><br> Defendants. | Case No. CR-15-40-GF-BMM <br><br> **ORDER AS TO DEFENDANT ROSETTE VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant Neil Paul Rosette has filed a Motion to Set Change Plea Hearing. The Government has no objections to the motion. Therefore,

IT IS ORDERED that the Trial in this matter as to Defendant Rosette, presently set for December 7, 2015, at 9:00 a.m. is **VACATED**;

IT IS FURTHER ORDERED that a Change of Plea Hearing is scheduled for _____, 2015, at \_\_:\_\_\_\_ \_.m., 2015, before Judge_____.

DATED this \_\_\_\_\_ day of _____, 2015.

 

                                         Brian M. Morris
                                         United States District Court Judge